In re UNITED BLDG. MATERIAL CO. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) In the matter of the application of the United Building Material Company to join William E. Paine and Benjamin B. Odell, Jr., as receivers, etc., as de-

fendants. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 121 N. Y. Supp. 1150.